IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

TEVIN DAMARIO WILLIAMS

V.  CIVIL ACTION NO. 1:09CV312-TMH

HOUSTON COUNTY

RECEIVED 2009 APR -9 A 10:09 DEBRA P. HACKETT US DISTRICT CT

JURISDICTION

JURISDICTION IS BEING SOUGHT BECAUSE HOUSTON COUNTY JAIL (901 EAST MAIN STREET/DOTHAN, AL. 36301) PROCEDURE STATES INMATES ARE SUPPOSED TO BE EXAMINED BY THE PHYSICIAN OR ANALYZED BY NURSES FOR PROPER MEDICAL TREATMENT IN ORDER TO PROPERLY COMPLY WITH MUNICIPAL POLICY, IN PHYSICAL DAMAGE MATTERS. FACILITY NEGLECTED TO DO SO. 42 U.S.C.A. 1983 NOTE 319 CUSTOM USAGE OR POLICY (LOCAL GOVERNMENT ENTITY IS LIABLE FOR DAMAGES UNDER SECTION 1983 ONLY IF PLAINTIFF CAN SHOW THAT ALLEGED CONSTITUTIONAL DEPRIVATION OCCURRED AS OFFICIAL POLICY OR CUSTOM HINES V. SHEAHAN N.D. ILL 1994 845 F.SUPP 1265) NOTE 4882 RECKLESSNESS (PUNITIVE DAMAGES IN SECTION 1983 CIVIL RIGHTS ACTIONS ARE APPROPRIATE WHERE DEFENDANTS CONDUCT IS MOTIVATED BY EVIL INTENT OR INVOLVES CALLOUS RECKLESS INDIFFERENCE TO FEDERALLY PROTECTED RIGHTS FLETCHER V. STATE OF FLORIDA M.D. FLA 1994 858 F.SUPP 169) NOTE 4852 EMOTIONAL AND MENTAL DISTRESS (MENTAL AND EMOTIONAL DISTRESS, WHICH INCLUDE MENTAL SUFFERING AND EMOTIONAL ANGUISH CONSTITUTE COMPENSABLE INJURY UNDER SECTION 1983 COLEMAN V. RAHIJA C.A. 8 (IOWA) 1997 114 F3D 778)

CAUSE OF ACTION

GROUND ONE: USUALLY THE SGT. COMES TO CHECK FLOODED AREA OR TROUBLED JAIL AREAS BUT SHE (SGT. CINDY BUCHMAN) DID NOT "BREACHING MUNICIPAL CUSTOMS" WITHOUT BRINGING FORTH A CHANGE TO INMATE SUPPORTING FACTS: WATER FLOODING INTO ROOMS WAS REPORTED AT 9PM ON SECOND SHIFT SUNDAY NIGHT (FEBRUARY 8, 2009). SECOND SHIFT SGT. BUCHMAN TOLD INMATES TO USE THEIR WASHCLOTH AND TOWEL TO CLEAN FOOD WATER AS STATED BY C/O K. LANDREAU AND C/O E. POWAN.

GROUND TWO: "UNHEALTHY AND UNSANITARY" FLOOD WATER LAY 1 TO 2 INCHES DEEP FOR 3 HOURS. SUPPORTING FACTS: CELL 3, 4, AND 5 WERE FLOODED UP TO 1 TO 2 INCHES DEEP. C/O TRANICK CAME TO FIX MY TOILET AT 10:50PM WHEN I SLIPPED AND FELL FEBRUARY 8, 2009 DUE TO CELL BEING FLOODED. C/O TRANICK WITNESSED MY FALL. THE WATER WAS CLEANED UP ON 3RD SHIFT AT 12AM FEBRUARY 9, 2009 BY CLEAN-UP CREW (TRUSTEES).

GROUND THREE: "I WAS DENIED PROPER AND ADEQUATE MEDICAL TREATMENT." SUPPORTING FACTS: I WAS GIVEN UNPROFESSIONAL MEDICAL TREATMENT ON 3RD SHIFT BY 3RD SHIFT SGT. RAY BONNY WHO GAVE ME 2 TYLENOL, A ICE-PACK, AND A ACE BANDAGE. HE ALSO STATED THAT I'D SEE MEDICAL PHYSICIAN WHENEVER IT WAS CONVIENT. I WAS NOT SEEN BY DOCTOR OR TAKEN TO HOSPITAL IN EMERGENCY SITUATION.

## DEMANDS

I WOULD LIKE PUNITIVE AND COMPENSATORY DAMAGES FOR MY FALL. I ALSO WOULD LIKE AN INTERNAL AFFAIRS OR REVIEW BOARD FOR SITUATIONS AS SUCH TO DOCTRINATE MISHAPS. (USUALLY THEY SAY THAT THEY LOST PAPERWORK). MONETARY REWARD ALONG WITH THIS IS SUFFICIENT.

_Livin D. Williams_
SIGNATURE OF PLAINTIFF(S)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON April 7, 2009
(DATE)

_Livin D. Williams_
SIGNATURE OF PLAINTIFF(S)

Tevin D. Williams #621099 N-POD
901 E. Main St.
Dothan, AL. 36301-1759

MONTGOMERY AL 361
08 APR 2022 PM 1 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711
Official Business

36101+0711

*LEGAL MAIL*

*LEGAL MAIL*